IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00788-RM-MEH

VINCENT GONZALES,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S DEPARTMENT and
DEPUTY BRANDON NEEL, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2022.**

    This matter comes before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Final Pretrial Conference currently set for April 14, 2022 at 10:30 a.m. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street in Denver, Colorado, is **reset** to **11:15 a.m**. *on that same morning*. (**Time change only**).